United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. KINNEY, *et al.*, | No. C-12-4477 EMC |
| Plaintiffs, | **RELATED TO** |
| v. | No. C-12-4478 EMC |
| BRISTOL-MYERS SQUIBB COMPANY, *et al.*, | No. C-12-4615 EMC<br>No. C-12-4616 EMC<br>No. C-12-4617 EMC<br>No. C-12-4619 EMC |
| Defendants. _____/ | No. C-12-4633 EMC<br>No. C-12-4641 EMC<br>No. C-12-4642 EMC<br>No. C-12-4803 EMC |
| AND ALL RELATED ACTIONS.<br>_____/ | **ORDER RESCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE** |

The above cases have all been related by this Court. Currently pending in each case is a motion to remand filed by Plaintiffs and a motion to stay filed by Bristol-Myers.

1. Given the similarity in issues raised by the various motions, the Court deems it prudent to hear all of the motions on the same date.[1] Accordingly, the Court hereby vacates the October 26, 2012 hearing date in Cases Nos. C-12-4477 EMC and C-12-4478 EMC. The motions to remand and stay in these two cases shall be heard instead on **November 30, 2012, at 1:30 p.m.**, *i.e.*, the date on which the motions to remand and stay shall be heard in the remaining cases identified above.

---

[1] The briefing schedules, however, shall not be changed.

2. The case management conference for Case Nos. C-12-4477 EMC and C-12-4478 EMC shall remain on **November 30, 2012**, but shall be moved back from 9:00 a.m. to **1:30 p.m.**

3. A case management conference for the remaining cases identified above shall also be set for **November 30, 2012, at 1:30 p.m.**

4. For each of the cases, a joint case management conference statement shall be filed by November 23, 2012. If possible, the Court would prefer one "omnibus" statement from the parties, rather than having to read ten different statements for the ten different cases. In the statement(s), the parties should address how the litigation should proceed in light of Bristol-Myers's recently filed motion to transfer and consolidate with the Judicial Panel on Multidistrict Litigation. The parties should also discuss, to the best of their knowledge, the length of time it is likely to take for the Judicial Panel to rule on Bristol-Myers's motion.

IT IS SO ORDERED.

Dated: October 16, 2012

_____
EDWARD M. CHEN
United States District Judge

2